IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr486-MHT** |
| | ) | **(WO)** |
| **JASON WAYNE SLAYTON** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE**

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within six weeks of the commencement of supervised release, the United States Probation Office shall ensure that defendant Jason Wayne Slayton begins participating in a substance-abuse treatment program approved by the probation department, which may include testing to determine whether he has reverted to the use of drugs.

(2) Within seven weeks of the commencement of supervised release, the United States Probation Office shall arrange for defendant Slayton to receive a

comprehensive psychological evaluation to determine his mental-health needs and to determine whether psychotherapy would help the defendant comply with the conditions of supervised release, considering his prior diagnosis of schizophrenia and history of problems with The probation department shall also ensure that defendant Slayton immediately begins participating in a mental-health treatment program based on the recommendation of the evaluator and approved by the probation department to address his mental-health needs.

(3) Within nine weeks of the commencement of supervised release, the United States Probation Office shall arrange for defendant Slayton to receive a thorough psychiatric evaluation to determine his current needs (if any) for psychotropic medication and shall arrange for defendant Slayton to receive any

recommended treatment, with routine monitoring for effectiveness and compliance.

(4) Within 10 weeks of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Slayton is faring on supervision.

(5) Prior to any evaluation, the probation department shall provide the evaluator with a copy of the presentence investigation report and this order.

DONE, this the 23rd day of May, 2025.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE